# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CECELIA LANE** )<br>  119 Stan Fey Drive )<br>  Upper Marlboro, MD 20774 )<br>  )<br>      **Plaintiff,** )<br>  )<br>**v.** )<br>  )<br>**COMMUNITY OF HOPE, INC.** )<br>  4 Atlantic Street, S.W. )<br>  Washington, DC 20032 )<br>  )<br>      **Defendant.** )<br>  )<br>  ) | Civil Action No. 1:16-cv-921 |

## DISCLOSURE OF CORPORATE INTEREST FOR DEFENDANT

As required by Local Rule 7.1, Defendant Community of Hope, Inc. ("COH"), by and through undersigned counsel, submits this corporate disclosure statement. COH has no parent corporation and there is no publicly held corporation that owns 10% or more of COH's stock.

Date: May 16, 2016         By:    /s/ Matthew F. Nieman
                                                 Matthew F. Nieman (DC Bar No. 985382)
                                                 Nickole C. Winnett (DC Bar No. 1009892)
                                                 10701 Parkridge Blvd., Suite 300
                                                 Reston, Virginia  20191
                                                 (703) 483-8300 (Telephone)
                                                 (703) 483-8301 (Fax)
                                                 NiemanM@jacksonlewis.com
                                                 Nickole.Winnett@jacksonlewis.com
                                                 *Counsels for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May, 2016, a true and accurate copy of Community of Hope's Corporate Interest was served via e-mail and first-class mail on the following:

A.J. Dhali (DC Bar No. 495909)
Dhali PLLC
1828 L. Street N.W., Suite 600
Washington, D.C. 20036
(202) 556-1285 (Telephone)
(202) 351-0518 (Fax)
ajdhali@dhalilaw.com

By: /s/ Matthew F. Nieman
Matthew F. Nieman (DC Bar No. 985382)
Nickole C. Winnett (DC Bar No. 1009892)
JACKSON LEWIS P.C.
10701 Parkridge Blvd., Suite 300
Reston, Virginia 20191
(703) 483-8300 (Telephone)
(703) 483-8301 (Fax)
NiemanM@jacksonlewis.com
Nickole.Winnett@jacksonlewis.com
*Counsels for Defendant*